# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

|   |   |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA and KENTUCKY, INC., on behalf of itself, its staff, and its patients,<br><br>            Plaintiff,<br><br>    v.<br><br>DANIEL CAMERON, in his official capacity as Attorney General of the Commonwealth of Kentucky, *et al.*,<br><br>            Defendants. | Case No.: 3:22-cv-00198-RGJ |

## PLAINTIFF'S MOTION TO REASSIGN CASE

Plaintiff hereby moves the Court pursuant to Local Rule 40.1(b) for an order reassigning this case to Judge David J. Hale as this case is nearly identical with a related case[1] on Judge Hale's docket, *EMW Women's Surgical Center, P.S.C., et al. v. Eric Friedlander, et al.,* Case No. 3:19-cv-00178-DJH-RSE ("*EMW*").  Local Rule 40.1 permits a party to move for case reassignment where the case is "related to another case pending in the district." LR 40.1(b). "The Court will determine a motion to reassign on the basis of whether reassignment is in the interests of justice." *Id*.

This morning, EMW Women's Surgical Center moved in *EMW* for leave to file a supplemental complaint.  *See* EMW, No. 3:19-cv-00178-DJH-RSE at Dkt. 80.  EMW's operative complaint challenges a previously passed six-week ban on abortion in Kentucky; EMW seeks

---

[1] Plaintiff notified the Clerk of Court that the cases were related in the Civil Cover Sheet. *See* Dkt. 1-2.

leave to amend in order to challenge the stated 15-week ban (and functional total ban on abortion) created by House Bill 3 (the "Act"). *Id.* Plaintiff in this case also challenges the constitutionality of House Bill 3 and seeks a temporary restraining order and/or preliminary injunction against its enforcement.

In the pending case, EMW has also asked Judge Hale for expedited consideration of its motion for a temporary restraining order/preliminary injunction. *See* EMW, No. 3:19-cv-00178-DJH-RSE at Dkt. 82. Plaintiff's request for emergency relief in this case (*see* Dkt. 3) substantially overlaps with EMW's request for emergency relief pending before Judge Hale. The two cases are closely related: both seek injunctive relief related to the Act. Accordingly, both Local Rule 40.1(b) and Federal Rule of Civil Procedure 42(a) contemplate having these cases heard by the same judge given the overlap of issues. *See, e.g., Sinito v. United States*, 750 F.2d 512, 515 (6th Cir. 1984) ("Local rules governing the assignment of cases are designed as internal housekeeping rules to promote the efficient operation of the district courts…").

The interests of justice weigh in favor of reassignment to Judge Hale because reassignment will avoid the prospect of inconsistent relief, unnecessary cost, or delay, and serves judicial economy.

Reassignment is warranted here as Plaintiff can readily meet the elements required for such relief. Given the emergency motions for injunctive relief, Plaintiff respectfully requests that the Court GRANT the Motion.

## CONCLUSION

For the foregoing reasons, this Court should grant Plaintiff's motion to reassign this case to Judge David J. Hale.

Dated: April 14, 2022

*s/ Michael P. Abate*
Michael Abate
Casey L. Hinkle
KAPLAN JOHNSON ABATE & BIRD LLP
mabate@kaplanjohnsonlaw.com
chinkle@kaplanjohnsonlaw.com
710 West Main Street, 4th Floor
Louisville, KY 40202
(502) 416-1630

Jennifer S. Romano (*pro hac application forthcoming*)
Marlee Santos (*pro hac application forthcoming*)
CROWELL & MORING LLP
JRomano@crowell.com
MSantos@crowell.com
515 South Flower Street, 40th Floor
Los Angeles, CA 90071
(213) 622-4750

Miranda Turner (*pro hac application forthcoming*)
Gloria Martinez Trattles (*pro hac application forthcoming*)
CROWELL & MORING LLP
MTurner@crowell.com
GTrattles@crowell.com
1001 Pennsylvania Avenue NW
Washington, DC 20004
(202) 624-2500

Julie Murray (*pro hac application forthcoming*)
Carrie Y. Flaxman (*pro hac application forthcoming*)
PLANNED PARENTHOOD FEDERATION OF AMERICA
julie.murray@ppfa.org
carrie.flaxman@ppfa.org
1110 Vermont Avenue, NW, Suite 300
Washington, D.C. 20005
(202) 973-4830

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2022 I filed the foregoing with the Court through the Court's CM/ECF system. I further served a copy of this Motion on counsel for Defendants by email at the following addresses:

Daniel Cameron, ServetheCommonwealth@ky.gov

Barry Dunn, barry.dunn@ky.gov

Victor Maddox, victor.maddox@ky.gov

Carmine G. Iaccarino, carmine.iaccarino@ky.gov

Christopher Thacker: christopher.thacker@ky.gov

Wesley W. Duke, WesleyW.Duke@ky.gov

Michael S. Rodman, kbml@ky.gov

Leanne Diakov, Leanne.diakov@ky.gov

Thomas Wine, tbwine@louisvilleprosecutor.com

*s/ Michael P. Abate*
Michael P. Abate
*Counsel for Plaintiff*
