**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

PLANNED PARENTHOOD GREAT
NORTHWEST, HAWAII, ALASKA,
INDIANA & KENTUCKY, ET AL.                                  Plaintiffs,

v.                                                 Civil Action No. 3:22-cv-00198-RGJ

DANIEL CAMERON, ET AL.                                      Defendant.

## STATUS REPORT

Defendant, Eric Friedlander, in his official capacity as Secretary of the Cabinet for Health and Family Services ("CHFS"), provides the following status report pursuant to the Court's Order regarding the requirements that House Bill 3 (R.S. 2022) places on CHFS regarding forms and administrative regulations. The General Assembly did not appropriate any funds to CHFS in House Bill 3, and in the absence of an appropriation these unfunded requirements may not be implemented. *See Fletcher v. Commonwealth*, 163 S.W.3d 852, 865 (Ky. 2005).

<u>Section 1.</u>

Requires CHFS to create a new form.

<u>Section 4.</u>

Requires CHFS to amend an existing reporting form that is required to be submitted to the Vital Statistics Branch within CHFS. Requires the Office of the Inspector General ("OIG") within CHFS to annually audit reporting required to be submitted to the Vital Statistics Branch under Section 4. and Section 29. of House Bill 3 and to function as the health oversight agency of the Commonwealth for this specific purpose, requires the OIG to ensure that none of the information in the required audit report could reasonably lead to the identification of certain individuals, and requires the OIG to submit a written report to the General Assembly and the Attorney General by October 1 of each year that must include certain information specifically described by Section 4.

Section 8.

Requires CHFS to create a new form regarding patient consent to be used by a qualified physician as defined in House Bill 3 and requires the new form to contain certain information specifically identified in Section 8.

Section 9.

Requires CHFS to create a new form regarding certain reporting specifically identified in Section 9. that is to be made to CHFS.

Section 12.

Requires CHFS to create and publish printed material, which will require CHFS to amend 902 KAR 4:110; requires CHFS to publish a statement specifically identified in Section 12. on its website; and requires CHFS to on an annual basis review and update the specific statement and requires the statement to include certain information specifically identified in Section 12.

Section 13.

Requires CHFS to create and distribute the report forms required in Sections 1., 4., 8., 9., 25., 26., 27. and 29. of House Bill 3 within 60 days after the effective date of the bill; requires CHFS to prepare and submit a comprehensive annual statistic report to the General Assembly based on data gathered from reports required in Sections 1., 4., 8., 9., 25., 26., 27. and 29. of House Bill 3, and requires CHFS to make the aggregated data available to the public in an electronic format; requires CHFS to provide reports required by 1., 4., 8., 9., 25., 26., 27. and 29. by the Kentucky Board of Medical Licensure, the Kentucky Board of Pharmacy, state law enforcement offices, and child protective services upon request for use in the performance of their official duties; and requires CHFS to communicate the reporting requirements in 1., 4., 8., 9., 25., 26., 27. and 29. to all medical professional organizations, licensed physicians, hospitals, emergency medical service providers, abortion facilities, ambulatory surgical facilities, pharmacies, and other healthcare facilities operating in Kentucky.

Section 15.

Requires CHFS to promulgate a new administrative regulation to create a certification program to oversee and regulate the distribution and dispensing of certain drugs identified in House Bill 3, and requires the newly-created program to include certain certification requirements specifically identified in Section 15.

Section 16.

Requires CHFS to, at a minimum, impose certain requirements for the certification specifically identified in Section 15.

Section 17.

Requires CHFS to impose certain requirements on qualified physicians as defined in House Bill 3 and requires CHFS to create a new form to comply with certain requirements specifically identified in Section 17.

Section 18.

Requires CHFS to develop a plan to enforce the certification program that House Bill 3 requires it to create, and requires that the plan include certain conditions specifically identified in Section 18.

Section 19.

Requires CHFS to develop a complaint portal on its website for patients, pharmacy, nursing, and medical professionals and the public to submit information about potential violations of the certification program that House Bill 3 requires CHFS to create; requires that certain information specifically identified in Section 19. be listed on the portal; and requires CHFS to review each complaint and determine a disposition, including referral to another state department, within 30 days.

Section 21.

Requires CHFS to create a new form for certain individuals specifically identified in Section 21. to complete to meet certain reporting requirements specifically identified in Section 21.

Section 22.

Requires CHFS to create a new form through administrative regulations that document certain information specifically identified in Section 22., which requires CHFS to promulgate new administrative regulations to design the new form that Section 22. requires CHFS to create.

Section 26.

Requires CHFS to amend an existing form to include certain information specifically identified in Section 26.

Section 27.

Requires CHFS to create a new form that must include, at a minimum, certain information specifically identified in Section 27.

Section 28.

Requires CHFS to create a new form for the reporting to the Vital Statistics Branch within CHFS of certain prescriptions specifically identified in Section 28.; and requires the new form to contain, at a minimum, certain information specifically identified in Section 28.; and requires the Vital Statistics Branch within CHFS to promulgate new administrative regulations to assist in compliances with Section 28.

Respectfully Submitted

/s/*Wesley W. Duke*
Wesley W. Duke (KBA # 88404)
General Counsel
Cabinet for Health and Family Services
Office of Legal Services
275 East Main Street 5W-B
Frankfort, KY 40621-0001
Phone: (502) 564-7042
Fax: (502) 564-7573

CERTIFICATE OF SERVICE

I hereby certify that on May 5, 2022, the above document was filed with the CM/ECF filing system, which electronically service a copy to all counsel of record.

*/s/ Wesley W. Duke*