## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, & KENTUCKY, INC., <br><br> Plaintiff, <br><br> EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*, <br><br> Intervenor Plaintiffs, <br><br> v. <br><br> DANIEL CAMERON, *et al.*, <br><br> Defendants. | Case No.: 3:22-cv-198-RGJ |

### INTERVENOR PLAINTIFFS' NOTICE OF FILING

Intervenor Plaintiffs EMW Women's Surgical Center, P.S.C. and Dr. Ernest W. Marshall, M.D., respectfully request the Clerk of Court issue the attached four Summonses to the named Defendants in this case, filed pursuant to Intervenor Plaintiffs' Verified Complaint, which was docketed on April 26, 2022. (Doc. 33.)

Dated: May 10, 2022

Respectfully submitted,

/s/ Heather L. Gatnarek
Heather L. Gatnarek
ACLU of Kentucky Foundation
325 West Main Street, Suite 2210
Louisville, Kentucky 40202
(502) 581-9746
heather@aclu.ky.org

Brigitte Amiri*
Rachel Reeves*
Jennifer Dalven*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633
bamiri@aclu.org
rreeves@aclu.org
jdalven@aclu.org

Michele Henry
Craig Henry PLC
401 West Main Street, Suite 1900
Louisville, Kentucky 40202
(502) 614-5962
mhenry@craighenrylaw.com

*pro hac vice motions granted

ATTORNEYS FOR PLAINTIFFS

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed with the Court using the CM/ECF system on May 10, 2022, which will generate an electronic notice of filing to all counsel registered with that service.

s/Heather Gatnarek
Heather Gatnarek