UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically filed*

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA and KENTUCKY, INC., <br><br> *Plaintiff* <br><br> EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*, <br><br> *Intervenor Plaintiffs,* <br><br> v. <br><br> DANIEL CAMERON, *et al.*, <br><br> *Defendants* | Civil Action No. 3:22-cv-00198-RGJ |

**AGREED ORDER TO EXTEND TIME
FOR ANSWERS OR RESPONSIVE PLEADINGS**

Plaintiff, Intervening Plaintiffs, and Defendants, by counsel, having conferred and agreed pursuant to LR 7.1(b), it is hereby ORDERED AND ADJUDGED that Defendants shall each have until **June 2, 2022** to file an answer or other responsive pleading to both the Compliant and Intervening Complaint in this matter. Plaintiffs and Intervening Plaintiffs time to amend pursuant to Fed. R. Civ. P. 15(a)(1)(B) is also extended to **June 23, 2022**.

Tendered by,

/s/ *Christopher L. Thacker*
Christopher L. Thacker
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Christopher.Thacker@ky.gov

*Counsel for Defendant Attorney General Daniel Cameron*

HAVE SEEN AND AGREE:

*/s/ Miranda H. Turner* w/p by CLT
*Counsel for Plaintiff*


*/s/ Brigitte Amiri* w/p by CLT
*Counsel for Intervening Plaintiffs*


*/s/ Wesley Duke* w/p by CLT
*Counsel for Defendant Eric Friedlander*


*/s/ Leanne Diakov* w/p by CLT
*Counsel for Defendant Michael S. Rodman*


*/s/ Jason Moore* w/p by CLT
*Counsel for Defendant Thomas B. Wine*

Rebecca Grady Jennings, District Judge
United States District Court

May 9, 2022

## CERTIFICATE OF SERVICE

      I certify that on May 4, 2022, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

                                          */s/ Christopher L. Thacker*
                                          *Counsel for the Commonwealth of Kentucky*