## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 25, 2022

Mr. Christopher L. Thacker
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Re: Case No. 22-5451, *Planned Parenthood Great Northwest, Hawaii, Alaska v. Daniel Cameron, et al*
Originating Case No.: 3:22-cv-00198

Dear Counsel,

This appeal has been docketed as case number **22-5451** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **June 8, 2022**. *Additionally, the transcript order must be completed by that date*. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
Appearance of Counsel
Civil Appeal Statement of Parties & Issues
Disclosure of Corporate Affiliations
Application for Admission to 6th Circuit Bar (if applicable)

|  | Appearance of Counsel |
|---|---|
| Appellee: | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

          Sincerely,

          s/Antoinette  Macon
          Case Manager
          Direct Dial No. 513-564-7015

cc:  Mr. Michael Patrick Abate

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 22-5451

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA AND KENTUCKY, INC., on behalf of itself, its staff, and its patients

      Plaintiff - Appellee

v.

DANIEL J. CAMERON, in his official capacity as Attorney General of the Commonwealth of Kentucky

      Defendant - Appellant

and

ERIC FRIEDLANDER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services; MICHAEL S. RODMAN, in his official capacity as Executive Director of Kentucky Board of Medical Licensure; THOMAS B. WINE, in his official capacity as Commonwealth's Attorney for the 30th Judicial Circuit of Kentucky

      Defendants