UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

*Electronically filed*

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA and KENTUCKY, INC., <br><br> *Plaintiff* <br><br> EMW WOMEN'S SURGICAL CENTER, P.S.C., *et al.*, <br><br> *Intervenor Plaintiffs,* <br><br> v. <br><br> DANIEL CAMERON, *et al.*, <br><br> *Defendants* | Civil Action No. 3:22-cv-00198-RGJ |

## AGREED ORDER TO EXTEND TIME FOR ANSWERS OR RESPONSIVE PLEADINGS

Plaintiff, Intervening Plaintiffs, and Defendants, by counsel, having conferred and agreed pursuant to LR 7.1(b), it is hereby ORDERED AND ADJUDGED that Defendants shall each have until **August 1, 2022** to file an answer or other responsive pleading to both the Compliant and Intervening Complaint in this matter. Plaintiffs and Intervening Plaintiffs time to amend pursuant to Fed. R. Civ. P. 15(a)(1)(B) is also extended to **August 22, 2022**.

_____
Judge, United States District Court

Tendered by,

/s/ *Christopher L. Thacker*
Christopher L. Thacker
Office of the Attorney General
700 Capital Avenue, Suite 118
Frankfort, Kentucky 40601
Phone: (502) 696-5300
Christopher.Thacker@ky.gov

*Counsel for Defendant Attorney General Daniel Cameron*

HAVE SEEN AND AGREE:

*/s/ Miranda Turner* w/p by CLT
*Counsel for Plaintiff*


*/s/ Brigitte Amiri* w/p by CLT
*Counsel for Intervening Plaintiffs*


*/s/ Wesley Duke* w/p by CLT
*Counsel for Defendant Eric Friedlander*


*/s/ Leanne Diakov* w/p by *CLT*
*Counsel for Defendant Michael S. Rodman*


*/s/Jason Moore* w/p by CLT
*Counsel for Defendant Thomas B. Wine*

## CERTIFICATE OF SERVICE

  I certify that on May 27, 2022, the above document was filed with the CM/ECF filing system, which electronically served a copy to all counsel of record.

*/s/ Christopher L. Thacker*
*Counsel for the Commonwealth of Kentucky*
