UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, AND KENTUCKY, INC., et. al.<br><br>　　　　　Plaintiffs<br>v.<br><br><br>DANIEL CAMERON, et. al.<br><br>　　　　　Defendants | CIVIL ACTION NO. 3:22-cv-00198-RGJ<br><br>*Electronically Filed* |

**MOTION FOR STATUS CONFERENCE**

Defendant Eric Friedlander, in his Official Capacity as Secretary of Kentucky's Cabinet for Health and Family Services, by and through counsel, respectfully requests that the Court set this matter for a status conference.

　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　/s/*Wesley W. Duke*
　　　　　　　　　　　　　　　　　　　Wesley W. Duke (KBA # 88404)
　　　　　　　　　　　　　　　　　　　General Counsel
　　　　　　　　　　　　　　　　　　　Jessica Williamson
　　　　　　　　　　　　　　　　　　　Deputy General Counsel
　　　　　　　　　　　　　　　　　　　Cabinet for Health and Family Services
　　　　　　　　　　　　　　　　　　　Office of Legal Services
　　　　　　　　　　　　　　　　　　　275 East Main Street 5W-B
　　　　　　　　　　　　　　　　　　　Frankfort, KY  40621-0001
　　　　　　　　　　　　　　　　　　　Phone: (502) 564-7042
　　　　　　　　　　　　　　　　　　　Fax: (502) 564-7573

CERTIFICATE OF SERVICE

  I hereby certify that on June 24, 2022, the above document was filed with the CM/ECF filing system, causing all counsel of record to be served.

*/s/ Wesley W. Duke*