# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 30, 2022

Mr. Michael Patrick Abate
Kaplan, Johnson, Abate & Bird
710 W. Main Street
Suite 400
Louisville, KY 40202

Ms. Brigitte Amiri
American Civil Liberties Union
Criminal Law Reform Project
125 Broad Street
18th Floor
New York, NY 10004

Ms. Carrie Y. Flaxman
Ms. Julie Alyssa Murray
Planned Parenthood Federation of America
1110 Vermont Avenue
Suite 300
Washington, DC 20005

Ms. Heather Lynn Gatnarek
Law Office
325 W. Main Street
Suite 2210
Louisville, KY 40202

Mr. Daniel John Grabowski
Mr. Matthew Franklin Kuhn
Mr. Brett Robert Nolan
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Ms. Jennifer Salzman Romano
Crowell & Moring
515 S. Flower Street
40th Floor
Los Angeles, CA 90071

Mr. Marlee Jean Godinho Santos
Crowell & Moring
3 Park Plaza
Suite 2000
Irvine, CA 92614

Ms. Miranda Holmes Turner
Crowell & Moring
1001 Pennsylvania Avenue, N.W.
Eighth Floor
Washington, DC 20004

Re: Case No. 22-5451, *Planned Parenthood Great Northwest, Hawaii, Alaska, et al v. Daniel Cameron, et al*
Originating Case No.: 3:22-cv-00198

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely,

s/Antoinette Macon
Case Manager
Direct Dial No. 513-564-7015

cc:  Mr. James J. Vilt Jr.

Enclosure

No. 22-5451

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Jun 30, 2022
DEBORAH S. HUNT, Clerk

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA AND KENTUCKY, INC., on behalf of itself, its staff, and its patients, | ) ) ) ) ) ) |
| Plaintiff-Appellee, | ) ) |
| EMW WOMEN'S SURGICAL CENTER, P.S.C., et al., | ) ) ) |
| Intervenors-Plaintiffs-Appellees, | ) ) ) |
| v. | ) ) |
| DANIEL J. CAMERON, in his official capacity as Attorney General of the Commonwealth of Kentucky, | ) ) ) ) ) |
| Defendant-Appellant, | ) ) |
| ERIC FRIEDLANDER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services, et al., | ) ) ) ) |
| Defendants. | ) |

O R D E R

Before:  CLAY, ROGERS, and STRANCH, Circuit Judges.

Kentucky comprehensively overhauled its laws governing abortion in House Bill 3, the Humanity in Healthcare Act of 2022 ("the Act").  The district court preliminarily enjoined

No. 22-5451
-2-

enforcement of certain sections and subsections of the Act. Defendant Daniel Cameron, the Attorney General of Kentucky, appeals. He moved for a limited stay pending appeal concerning a subset of these enjoined provisions. Plaintiff Planned Parenthood Great Northwest, Hawaii, Alaska, Indiana and Kentucky, Inc. responded in opposition, and the Attorney General replied. While this motion was pending, the Supreme Court issued its opinion in *Dobbs v. Jackson Women's Health Organization*, No. 19-1392, 2022 WL 2276808 (June 24, 2022), overruling *Roe v. Wade*, 410 U.S. 113 (1973). The Attorney General now renews his motion for an injunction pending appeal, expanding it to include the entirety of the injunction pending below. The response time for the renewed motion has not yet lapsed.

As the Attorney General acknowledges, *Dobbs* potentially significantly alters the considerations underlying the preliminary injunction. And a portion of the district court's injunction was issued pending the Supreme Court's decision in *Dobbs*. Consequently, the district court is better positioned to reconsider its injunction in the first instance.

The appeal is **REMANDED** to the district court for further proceedings consistent with the Supreme Court's decision in *Dobbs*.

ENTERED BY ORDER OF THE COURT

_____
Deborah S. Hunt, Clerk
