# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 02, 2022

Mr. Brett Robert Nolan
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Re:  Case No. 22-5832, *Planned Parenthood Great Northwest, Hawaii, Alaska v. Daniel Cameron, et al*
Originating Case No. : 3:22-cv-00198

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

cc: Ms. Brigitte Amiri
Ms. Carrie Y. Flaxman
Ms. Heather Lynn Gatnarek
Mr. Daniel John Grabowski
Mr. Matthew Franklin Kuhn
Ms. Julie Alyssa Murray
Ms. Jennifer Salzman Romano
Ms. Marlee Santos
Ms. Miranda Holmes Turner
Mr. James J. Vilt Jr.

Enclosure

Case No. 22-5832

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA AND KENTUCKY, INC., on behalf of itself, its staff, and its patients

      Plaintiff - Appellee

EMW WOMEN'S SURGICAL CENTER, P.S.C.; ERNEST MARSHALL, M.D.

      Intervenors - Appellees

v.

DANIEL J. CAMERON, in his official capacity as Attorney General of the Commonwealth of Kentucky

      Defendant - Appellant

and

ERIC FRIEDLANDER, in his official capacity as Secretary of Kentucky's Cabinet for Health and Family Services; MICHAEL S. RODMAN, in his official capacity as Executive Director of Kentucky Board of Medical Licensure; THOMAS B. WINE, in his official capacity as Commonwealth's Attorney for the 30th Judicial Circuit of Kentucky

      Defendants

Upon consideration of the motion of Brett Nolan to withdraw as counsel for the appellant,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a), RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: December 02, 2022