UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| PLANNED PARENTHOOD GREAT NORTHWEST, HAWAII, ALASKA, INDIANA, AND KENTUCKY, INC., ON BEHALF OF ITSELF, ITS STAFF, AND ITS PATIENTS, | Plaintiff |
| -and- | |
| EMW WOMEN'S SURGICAL CENTER, P.S.C., ON BEHALF OF ITSELF, ITS STAFF, AND ITS PATIENTS; ERNEST W. MARSHALL, M.D., ON BEHALF OF HIMSELF AND HIS PATIENTS, | Intervenor Plaintiffs |
| v. | Civil Action No. 3:22-cv-198-RGJ |
| DANIEL CAMERON, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE COMMONWEALTH OF KENTUCKY; ERIC FRIEDLANDER, IN HIS OFFICIAL CAPACITY AS SECRETARY OF KENTUCKY'S CABINET FOR HEALTH AND FAMILY SERVICES; MICHAEL S. RODMAN, IN HIS OFFICIAL CAPACITY AS EXCECUTIVE DIRECTOR OF THE KENTUCKY BOARD OF MEDICAL LICENSURE; AND THOMAS B. WINE, IN HIS OFFICIAL CAPACITY AS COMMONWEALTH'S ATTORNEY FOR THE 30TH JUDICIAL CIRCUIT OF KENTUCKY | Defendants |

\* \* \* \* \*

**ORDER**

This matter is before the Court on remand from the United States Court of Appeals for the Sixth Circuit, which remanded to this Court with instructions to dismiss this action as moot. [DE 118]. The Sixth Circuit also vacated the Court's injunction orders to clear a path for future

1

relitigation on the issues. [*Id.* at 1789]. As explained in the Court's Order on March 7, 2023, the forms necessary for compliance with HB 3 have been created, which eliminated the impetus for this lawsuit. [DE 114]. For all the reasons stated in the Sixth Circuit's opinion [DE 118], this action is dismissed as moot.

Accordingly, the Court, having reviewed the opinion from the United States Court of Appeals for the Sixth Circuit [*id.*], and being otherwise sufficiently advised, **IT IS ORDERED** as follows:

1. This case is **DISMISSED as MOOT**; and

2. Planned Parenthood's Motion to Dismiss [DE 115] is **DENIED as MOOT**.

Rebecca Grady Jennings, District Judge
United States District Court

June 16, 2023